## THE STATE *VS.* MURPHY.

1. The *venire* to the grand jury, and the names of the grand jurors, are a part of the caption, and need not be introduced in an indictment.

Error to Mobile Circuit court.

This was an indictment for selling spirituous liquor to a slave, without the permission of the owner.

A motion was made to quash the indictment in the court below, because,

1. The indictment does not show that the grand jury who found the bill were *then and there* empanneled, charged and sworn, thereby omitting a *venire* to the jury ;

2. That the indictment does not contain the names of the grand jurors.

*Stewart,* for plaintiff in error.
*Attorney General,* contra.

ORMOND, J.—The objections to the indictment cannot be sustained. The *venire* to the grand jury, as well as the names of the grand jurors, constitute a part of the caption, and need not be introduced in the indictment. In the case referred to, of The People vs. Gunnsey, (3 Johnson's Cases,) the objection was to the caption, not to the body of the indictment.

The judgment is affirmed.